

NUMBER 13-14-00592-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CHAPMAN FAMILY TRUST,
DALE W. CHAPMAN, TRUSTEE,                                    Appellant,

v.

GREEK II, INC. D/B/A COUNTRY OMELETTE
AND ROBERT DILLARD, INDIVIDUALLY
AND D/B/A COUNTRY OMELETTE,                                  Appellee.

On appeal from the County Court at Law No. 5
of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam

Appellant, Chapman Family Trust, Dale W. Chapman, Trustee, perfected an

appeal from a judgment entered by the County Court at Law No. 5 of Hidalgo County,

Texas, in cause number CL-14-3156-E.  The parties have filed a joint motion to dismiss

the appeal on grounds that the parties have reached an agreement to compromise and settle their differences in the underlying suit. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
8th day of January, 2015.